UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALICE CUNNINGHAM,                          )     NO. EDCV 10-00618-MAN
                                           )
                Plaintiff,                 )
                                           )     JUDGMENT
        v.                                 )
                                           )
MICHAEL J. ASTRUE,                         )
Commissioner of Social Security,           )
                                           )
                Defendant.                 )
_____)

        Pursuant to the Court's Memorandum Opinion and Order,

        IT IS ADJUDGED that the decision of the Commissioner of Social
Security is reversed, and the cause is remanded for further proceedings
consistent with the provisions of the Memorandum Opinion and Order.

DATED:  August 25, 2011

                                    _____
                                         MARGARET A. NAGLE
                                    UNITED STATES MAGISTRATE JUDGE